FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY COLLIER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>GARY SWARTHOUT, Warden,<br><br>　　　　　Respondent. | NO. ED CV 12-1064-CBM(E)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 1/10/2013

　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE